NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HO KEUNG TSE,**
*Plaintiff-Appellant,*

**v.**

**BLOCKBUSTER, INC.,**
*Defendant-Appellee.*

---

2014-1223

---

Appeal from the United States District Court for the Northern District of California in No. 13-cv-01204, Judge Susan Y. Illston.

---

**JUDGMENT**

---

HO KEUNG, TSE, of Cheung Sha Wan, Hong Kong, pro se.

SCOTT LLEWELLYN, Morrison & Foerster LLP, of Denver, Colorado, for defendant-appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LINN and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| July 16, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |